# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DIODAYAN LEDESMA-CUESTA,**

  **Plaintiff,**

v.            Case No:  8:22-cv-479-WFJ-TGW

**FEDERAL CORRECTIONAL
INSTITUTION, VICTORVILLE,**
et al.,

  **Defendants.**
_____/

## ORDER

  This matter is before the Court on review of the case file.  On March 3, 2022, the Court entered its standard Order for All Confined, Pro Se Litigants (Doc. 3), in which the Court ordered Plaintiff Diodayan Ledesma-Cuesta to inform the Court in writing of any address change and that failure to comply may result in dismissal of the case.  The order was mailed to the address on file for Mr. Ledesma-Cuesta.  However, the order was recently returned as undeliverable (Doc. 4), marked "released or transferred, no forwarding address."  As of the date of this order, Mr. Ledesma-Cuesta has not filed a notice of change of address.

  Mr. Ledesma-Cuesta is obliged to keep the Court advised of his current address in order to effectively process this litigation.  Therefore, due to his lack of prosecution in this matter, it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk is directed to **CLOSE** this case.

   **DONE and ORDERED** in Tampa, Florida on March 31, 2022.

   _____
   WILLIAM F. JUNG
   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party